AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Petrina W.

| | |
|---|---|
| CASE NUMBER: | 08CV3183 |
| ASSIGNED JUDGE: | JUDGE COAR |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE COX |

V.

CITY OF CHICAGO PUBLIC SCHOOL DISTRICT 299, Local School District; CHICAGO OFFICE OF THE BOARD OF EDUCATION; and ILLINOIS STATE BOARD OF EDUCATION

TO: (Name and address of Defendant)

Chicago Office of the Board of Education
125 South Clark, 6th floor,
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine M. Swift
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
(312) 469-7361

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**June 3, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 6/19/08 |
| NAME OF SERVER (PRINT) THOMAS P. GALLO | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 125 S. CLARK CHICAGO, IL c/o CYNICA TOWNSEND

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/08         *[signature]* Thos P. Gallo
            Date              Signature of Server

            200 E. Randolph Chicago IL
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.