AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Petrina W.

V.

CITY OF CHICAGO PUBLIC SCHOOL DISTRICT 299,
Local School District; CHICAGO OFFICE OF THE BOARD
OF EDUCATION; and ILLINOIS STATE BOARD OF
EDUCATION

CASE NUMBER: 08CV3183

ASSIGNED JUDGE: JUDGE COAR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

City of Chicago Public School District 299
125 South Clark, Chicago, IL 60603
(773) 553-2688

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine M. Swift
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
(312) 469-7361

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

June 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 6/19/08 |
| NAME OF SERVER *(PRINT)* Thomas P. Gallo || TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 125 S. Clark Chicago, IL c/o Cynica Townsend

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/08
             Date           Signature of Server: Tim P. Gallo

Address of Server: 200 E. Randolph Chicago, IL

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.