UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETRINA W., | ) |
|     **Plaintiff,** | ) ) ) |
|     v. | ) Case No. 08 cv 3183 ) |
| CITY OF CHICAGO PUBLIC SCHOOL DISTRICT 299, *et al.*, | ) HON. JUDGE COAR ) ) MAG. JUDGE COX |
|     **Defendants.** | ) |

## DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant Illinois State Board of Education, by and through its attorney, LISA MADIGAN, Illinois Attorney General, states for its Motion for Extension of Time to Answer:

Defendant's Answer consists of the record of proceedings in the underlying matter. A delay occurred in receiving the transcripts necessary to complete the record.

Plaintiff has no objection to this Motion.

**WHEREFORE**, Defendant Illinois State Board of Education moves for an extension of time until July 21, 2008, in which to file its Answer, and for such other relief as is just and equitable.

| | |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>s/JAMES A. LANG<br>**IL Bar 06211100**<br>**Assistant Attorney General**<br>**General Law Bureau**<br>**100 W Randolph St, 13th FL**<br>**Chicago IL  60601**<br>**Phone:     (312) 814-5694**<br>**Fax:          (312) 814-4425**<br>jlang@atg.state.il.us |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 8, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| JONATHAN E HINKEMEYER<br>KIRLAND & ELLIS LLP<br>200 E RANDOLPH DRIVE STE 6100<br>CHICAGO IL  60601 | OLGA FRANCES PRIBYL<br>EQUIP FOR EQUALITY<br>20 N MICHIGAN AVE STE 300<br>CHICAGO IL  60602 |
| BY CM/ECF | BY US MAIL |