# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETRINA W., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08 cv 3183 |
| ) | |
| CITY OF CHICAGO PUBLIC ) | HON. JUDGE COAR |
| SCHOOL DISTRICT 299, *et al.*, ) | |
| ) | MAG. JUDGE COX |
|     Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 14, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar, or any judge sitting in his stead, in Courtroom 1219, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Motion for Extension of Time to Answer**, a copy of which has been served upon you, at which time and place you may appear.

| | |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>s/JAMES A. LANG<br>IL Bar 06211100<br>**Assistant Attorney General**<br>**General Law Bureau**<br>**100 W Randolph St, 13th FL**<br>**Chicago IL  60601**<br>**Phone:**  (312) 814-5694<br>**Fax:**  (312) 814-4425<br>jlang@atg.state.il.us |

1

## CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 8, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| JONATHAN E HINKEMEYER | OLGA FRANCES PRIBYL |
| KIRLAND & ELLIS LLP | EQUIP FOR EQUALITY |
| 200 E RANDOLPH DRIVE STE 6100 | 20 N MICHIGAN AVE STE 300 |
| CHICAGO IL  60601 | CHICAGO IL  60602 |
| | |
| BY CM/ECF | BY US MAIL |