## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 3183
Petrina W.

                                                                     Plaintiff ,
v.
City of Chicago Public School-District 299, et al.

                                                                     Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF EDUCATION OF THE CITY OF CHICAGO

| NAME (Type or print) |
| --- |
| MARK A. TRENT |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mark A. Trent |
| FIRM |
| Board of Education of the City of Chicago |
| STREET ADDRESS |
| 125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6186532 | 773-553-1700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | x |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | x | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | x |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]