U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number: 08 C 3183
Petrina W.

Plaintiff,

v.

City of Chicago Public School District 299, et al.

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF EDUCATION OF THE CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) <br> **KATHLEEN M. GIBBONS** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kathleen M. Gibbons | |
| FIRM <br> Board of Education of the City of Chicago | |
| STREET ADDRESS <br> 125 South Clark Street, Suite 700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06195887 | TELEPHONE NUMBER <br> 773-553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ] APPOINTED COUNSEL [ ] | |