THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETRINA W., | ) | |
| | ) | No. 08 C 3183 |
| Plaintiffs, | ) | |
| v. | ) | Judge Coar |
| | ) | |
| CITY OF CHICAGO PUBLIC SCHOOL | ) | Magistrate Cox |
| DISTRICT 299, Local School District; | ) | |
| CHICAGO OFFICE OF THE BOARD OF | ) | |
| EDUCATION, and ILLINOIS STATE BOARD | ) | |
| OF EDUCATION, | ) | |
| Defendants. | ) | |

**DEFENDANT BOARD'S MOTION FOR ENLARGEMENT OF TIME
TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant Board of Education of the City of Chicago ("Board"), incorrectly sued as City of Chicago Public Schools District 299 and Chicago Office of the Board of Education, by its attorneys, and pursuant to Fed. R. Civ. P. 6(b), moves for an enlargement of time to answer the Complaint or otherwise plead. In support of its motion, defendant Board states as follows:

1. This suit seeks an administrative review of a due process order decided pursuant to the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §1400 *et seq.* and for attorneys' fees and costs.

2. The Board was served with the Complaint on June 19, 2008, and its answer or other responsive pleading is due by July 9, 2008. Due to schools' summer

break and the July 4th holiday, the Board needs additional time to meet with all relevant staff persons in order to respond appropriately.

3. The Board respectfully requests that the court grant it fourteen (14) days, up to and including July 23, 2008, to file its responsive pleading.

4. This motion is not filed for the purpose of unduly delaying the resolution of this matter.

5. No harm or unfair prejudice will result to Plaintiff by the court's granting of this motion.

**WHEREFORE**, defendant Board respectfully requests that the court grant it an additional fourteen (14) days, up to and including July 23, 2008, to file its answer or other responsive pleading.

Respectfully submitted,
Patrick J. Rocks
General Counsel


By:   s/ Kathleen M. Gibbons
Kathleen M. Gibbons
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 S. Clark Street, Suite 700
Chicago, Illinois 60603
773/553-1700

## CERTIFICATE OF SERVICE

I, Kathleen M. Gibbons, an attorney do hereby certify that I caused the attached **Motion for Enlargement of Time** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 9th day of July, 2008.

        s/ Kathleen M. Gibbons
        Kathleen M. Gibbons
        Senior Assistant General Counsel
        Board of Education of the City of Chicago
        125 South Clark Street, Suite 700
        Chicago, Illinois 60603
        (773) 553-1700