THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETRINA W., | ) |
| | ) No. 08 C 3183 |
| Plaintiffs, | ) |
| v. | ) Judge Coar |
| | ) |
| CITY OF CHICAGO PUBLIC SCHOOL | ) Magistrate Cox |
| DISTRICT 299, Local School District; | ) |
| CHICAGO OFFICE OF THE BOARD OF | ) |
| EDUCATION, and ILLINOIS STATE BOARD | ) |
| OF EDUCATION, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Katherine M. Swift, Kirkland & Ellis, 200 E. Randolph Drive, Chicago, IL 60601
      Olga Pribyl, Equip for Equality, Inc., 20 N. Michigan, Suite 300, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Tuesday, July 15, 2008** at **9:00 a.m.**, Defendant Board of Education of the City of Chicago shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **BOARD'S MOTION FOR ENLAGEMENT OF TIME TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING,** a copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois
this 9th day of July, 2008.

PATRICK J. ROCKS
General Counsel

s/ Kathleen M. Gibbons
Kathleen M. Gibbons
Senior Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700

## CERTIFICATE OF SERVICE

I, Kathleen M. Gibbons, an attorney do hereby certify that I caused the attached **Notice of Motion** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 9th day of July, 2008.

By: s/ Kathleen M. Gibbons
Kathleen M. Gibbons
Senior Assistant General Counsel