UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETRINA W., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 cv 3183 |
| ) | |
| CITY OF CHICAGO PUBLIC ) | HON. JUDGE COAR |
| SCHOOL DISTRICT 299, *et al.*, ) | |
| ) | MAG. JUDGE COX |
|     Defendants. ) | |

**DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S ANSWER**

NOW COMES Defendant Illinois State Board of Education, by and through its attorney, LISA MADIGAN, Illinois Attorney General, and for its Answer to the Complaint, submits the Administrative Record in this matter, consisting of ten volumes, filed manually, and encompassing a Certification of Record, index and pages numbered 1 through 3064.

**LISA MADIGAN**
**Illinois Attorney General**

Respectfully Submitted:
s/JAMES A. LANG
**IL Bar 06211100**
**Assistant Attorney General**
**General Law Bureau**
**100 W Randolph St, 13th FL**
**Chicago IL  60601**
**Phone:       (312) 814-5694**
**Fax:           (312) 814-4425**
jlang@atg.state.il.us

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 15, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| JONATHAN E HINKEMEYER | OLGA FRANCES PRIBYL |
| KIRLAND & ELLIS LLP | EQUIP FOR EQUALITY |
| 200 E RANDOLPH DRIVE STE 6100 | 20 N MICHIGAN AVE STE 300 |
| CHICAGO IL  60601 | CHICAGO IL  60602 |
| | |
| BY CM/ECF | BY US MAIL |

KATHLEEN M. GIBBONS
SR ASSISTANT GENERAL COUNSEL
BD OF EDUC OF CITY OF CHICAGO
125 S CLARK ST STE 700
CHICAGO IL 60603

BY CM/ECF