UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETRINA W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 cv 3183 |
| ) | |
| CITY OF CHICAGO PUBLIC ) | HON. JUDGE COAR |
| SCHOOL DISTRICT 299, *et al.*, ) | |
| ) | MAG. JUDGE COX |
| Defendants. ) | |

## NOTICE OF MANUAL FILING

To:    All Parties of Record

PLEASE TAKE NOTICE that July 15, 2008, Defendant Illinois State Board of Education, by and through its attorney, Lisa Madigan, Attorney General of Illinois, manually filed the Administrative Record in this matter, bound in 10 volumes, with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, and provided a copy to lead attorney for Plaintiff via messenger service.

| | |
|---|---|
| | **Respectfully Submitted:** |
| **LISA MADIGAN** | **s/JAMES A. LANG** |
| **Illinois Attorney General** | **IL Bar 06211100** |
| | **Assistant Attorney General** |
| | **General Law Bureau** |
| | **100 W Randolph St, 13th FL** |
| | **Chicago IL  60601** |
| | **Phone:    (312) 814-5694** |
| | **Fax:    (312) 814-4425** |
| | **jlang@atg.state.il.us** |

<u>CERTIFICATE OF SERVICE</u>

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 15, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| JONATHAN E HINKEMEYER<br>KIRLAND & ELLIS LLP<br>200 E RANDOLPH DRIVE STE 6100<br>CHICAGO IL  60601 | OLGA FRANCES PRIBYL<br>EQUIP FOR EQUALITY<br>20 N MICHIGAN AVE STE 300<br>CHICAGO IL  60602 |
| BY CM/ECF | BY US MAIL |

KATHLEEN M. GIBBONS
SR ASSISTANT GENERAL COUNSEL
BD OF EDUC OF CITY OF CHICAGO
125 S CLARK ST STE 700
CHICAGO IL 60603

BY CM/ECF