UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETRINA W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 cv 3183 |
| ) | |
| CITY OF CHICAGO PUBLIC ) | HON. JUDGE COAR |
| SCHOOL DISTRICT 299, *et al.*, ) | |
| ) | MAG. JUDGE COX |
| Defendants. ) | |

**DEFENDANT ILLINOIS STATE BOARD OF EDUCATION'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Illinois State Board of Education, by and through its attorney, LISA MADIGAN, Illinois Attorney General, states for its Fed.R.Civ.P. 12(c) motion for judgment on the pleadings:

Defendant Illinois State Board of Education was named as a nominal party for the purposes of providing the record of the proceedings in this matter. On July 14, 2008, Defendant filed its Answer consisting of the complete administrative record and a copy was provided to counsel. The Complaint requests no further relief from Defendant Illinois State Board of Education.

**WHEREFORE**, Defendant Illinois State Board of Education moves for judgment on the pleadings, and for such other relief as is just and equitable.

| | |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | **Respectfully Submitted:**<br>**s/JAMES A. LANG**<br>**IL Bar 06211100**<br>**Assistant Attorney General**<br>**General Law Bureau**<br>**100 W Randolph St, 13th FL**<br>**Chicago IL  60601**<br>**Phone:     (312) 814-5694**<br>**Fax:         (312) 814-4425**<br>**jlang@atg.state.il.us** |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 23, 2008, upon the individuals identified below in the manner indicated.

| | |
|---|---|
| JONATHAN E HINKEMEYER<br>KIRLAND & ELLIS LLP<br>200 E RANDOLPH DRIVE STE 6100<br>CHICAGO IL  60601<br><br>BY CM/ECF | OLGA FRANCES PRIBYL<br>EQUIP FOR EQUALITY<br>20 N MICHIGAN AVE STE 300<br>CHICAGO IL  60602<br><br>BY US MAIL |

KATHLEEN M. GIBBONS
SR ASSISTANT GENERAL COUNSEL
BD OF EDUC OF CITY OF CHICAGO
125 S CLARK ST STE 700
CHICAGO IL 60603

BY CM/ECF