**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Petrina W.

                                            Plaintiff,

v.                                                      Case No.: 1:08–cv–03183
                                                          Honorable David H. Coar

City of Chicago Public School District 299, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

     MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/30/2008 regarding motion for judgment on the pleadings [26]. MOTION by Defendant Illinois State Board of Education for judgment on the pleadings[26] is withdrawn. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.