IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PETRINA W.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3183 |
| | ) | |
| **CITY OF CHICAGO PUBLIC** | ) | **Judge Coar** |
| **SCHOOL DISTRICT 299, Local School** | ) | |
| **District; CHICAGO OFFICE OF THE** | ) | **Magistrate Judge Cox** |
| **BOARD OF EDUCATION, and** | ) | |
| **ILLINOIS STATE BOARD OF** | ) | |
| **EDUCATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION VOLUNTARILY DISMISSING DEFENDANT
ILLINOIS STATE BOARD OF EDUCATION WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff submits this stipulation voluntarily dismissing without prejudice the Illinois State Board of Education ("ISBE") as a defendant in this case.

1.  On June 2, 2008, plaintiff Petrina W. filed an appeal under the Individuals with Disabilities Education Act from an Impartial Due Process Hearing Officer's Decision and Order.

2.  On July 15, 2008, defendant ISBE answered and provided the parties with a copy of the administrative record from the Due Process hearing.

3.  On July 23, 2008, defendant ISBE filed a motion for judgment on the pleadings, which was withdrawn by oral motion on July 30, 2008, subject to the agreement that plaintiff would voluntarily dismiss the ISBE as a defendant without prejudice.

4. The other defendants in this case also expressed their agreement with this stipulation at the July 30, 2008 hearing before the Court, and have given plaintiff's counsel permission to sign below and file on their behalf.

**WHEREFORE**, the parties request that the ISBE be dismissed without prejudice.

DATED:   July 30, 2008                                              Respectfully submitted,


/s/ *James A. Lang* _____                      /s/ *Charles G. Wentworth*_____

James Allen Lang                                                      Jonathan E. Hinkemeyer (ARDC # 6256090)
Assistant Attorney General                                       Charles G. Wentworth (ARDC # 6284238)
General Law Bureau                                                 Katherine M. Swift (ARDC # 6290878)
100 W Randolph St, 13th FL                                    Kirkland & Ellis LLP
Chicago IL 60601                                                      200 E. Randolph Drive
                                                                                   Chicago, IL 60601-6636
*Attorney for Defendant*                                           Tel: (312) 861-2000
*Illinois State Board of Education*                           Fax: (312) 861-2200

                                                                                   Olga Pribyl (ARDC # 6190672)
/s/ *Kathleen M. Gibbons* _____              Rachel Shapiro (ARDC # 6290735)
Kathleen Marie Gibbons                                          Equip for Equality, Inc.
Senior Assistant General Counsel                           20 N Michigan, Suite 300
Board of Education of the City of Chicago          Chicago, IL 60602
125 S. Clark Street, Suite 700                                 (312) 341-0022
Chicago, Illinois 60603
                                                                                   *Attorneys for Plaintiff Petrina W.*
*Attorney for Defendant*
*Board of Education of the City of Chicago*

## CERTIFICATE OF SERVICE

I, Charles G. Wentworth, an attorney, hereby certify that on July 30, 2008, I electronically filed the foregoing **STIPULATION VOLUNTARILY DISMISSING DEFENDANT ILLINOIS STATE BOARD OF EDUCATION WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Charles G. Wentworth*
Charles G. Wentworth